# U.S. District Court

## Nevada None - Reno

Receipt Date: Aug 22, 2025 10:56AM

Brett R. Wagers
1026 77th St. E.
Ely, NV 89301

Rcpt. No: 300001019                Trans. Date: Aug 22, 2025 10:56AM                Cashier ID: #DS (4355)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #184 | 08/15/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 3:25-cv-00432-CLB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.