Your name:   Brett Wagers

Address:   1026 77th St. E.

Ely, NV 89301

Phone Number: 702-335-2642

E-mail Address: brett.wagers@gmail.com

Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| Brett Wagers | Case Number: 3:25-cv-00432-CLB |
| --- | --- |
| Plaintiff, | **DOCUMENT TITLE:** |
| vs. | **Certificate of Interested Parties** |
| KGHM Polska Miedz | |
| Defendant | |

Pursuant to United States District Court, District of Nevada under local rule 7.1-1, the undersigned, Pro Se litigant Brett Wagers, certifies that the following have an interest in this case.

Plaintiff

1. Brett Wagers

To the best of my knowledge, this includes all known parties for the plaintiff. Should any additional parties be identified, I will submit an amended certificate immediately.

Respectfully submitted,

Date:  9/8/2025          Sign Name: *Brett Wagers*

                        Print Name:  Brett Wagers