Your name:    Brett Wagers

Address:    1026 77th St. East

Ely, Nevada

Phone Number:    702-335-2642

E-mail Address:    brett.wagers@gmail.com

Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Brett Wagers | Case Number: 3:25-cv-00432 |
| Plaintiff, | **MOTION TITLE:** |
| vs. | Pro Se E-filing Privileges |
| KGHM Polska Miedz | |
| | |
| | |
| Defendant. | |

**I. INTRODUCTION**

[*Briefly explain who you are and summarize what you are asking the court to decide.*]

Brett Wagers, the Plaintiff in the above-captioned matter, respectfully moves this Honorable Court for authorization to register for e-filing privileges in this case.

Page 1 of 4

## II.  ISSUES TO BE DECIDED

*[Write each question or request that you are asking the court to decide in this motion.  There may be one issue, or more.  See the instructions for examples.]*

1.  The issue to be decided is whether Plaintiff would be a suitable Pro Se litigant to register for e-filing privileges.

2.

3.

4.

5.

## III.  MEMORANDUM OF POINTS AND AUTHORITIES

### A.  Statement of Facts

*[Write the facts relevant to the motion.  Add more pages as needed.  At the end of each sentence, write where evidence of that fact can be found.  See the instructions for more detail.]*

Page 2 of 4

Pursuant to the Local Rules of Practice for the United States District Court for the District of Nevada, electronic filing is encouraged to enhance efficiency and accessibility. The Court may grant e-filing privileges upon request and demonstration of good cause.

**B. Argument**

[*You should have an argument section for each issue that you listed on page 2. Explain why the court should rule in your favor on each issue. Provide facts and case law or statutes if you have any. Add more pages as needed, keeping in mind the applicable page limits in the instructions.*]

The granting of e-filing privileges in this case will promote judicial efficiency and reduce the time and cost associated with traditional paper filings. I have reviewed the Court's guidelines for electronic filing and I am prepared to comply with all requirements and protocols.I possess the necessary computer hardware and internet access to participate in e-filing effectively. E-filing will ensure timely receipt of documents and orders, enhancing my ability to comply with the Court's deadlines and directives. I live in a rural community far from Reno and will need the ability to file quickly. Mail could take significant time and effort for submittals of appropriate documents.

Also of importance, is the fact that I am a Pro Se Plaintiff who is already filing electronically in court case 3:25-cv-00055. I have a proven track record of filing appropriately in that case. I respectfully ask the Court to grant me e-filing privileges for case number 3:25-cv-00432 under the pacer login "brwagers".

*[You must sign and date.]*

Respectfully submitted,

Date: 12/08/2025        Sign Name: *Brett Wagers*

Print Name: Brett Wagers