ID zgłoszenia z Linii Etyki: f618bbc7-590e-4007-b6b9-26aa0d4dc552
Podmiot, którego dotyczy zgłoszenie: KGHM International Ltd.
Kraj, z którego dokonano zgłoszenia: USA
Kanał zgłoszenia: Formularz internetowy
Tryb zgłoszenia: Anonimowy
Pełny opis nieprawidłowości: I am no longer an employee at Robinson. The information I am going to provide is highly sensitive and significant safeguards should be used to protect my identity and other potential witnesses as I believe they have been threatened. I am hopeful that the corruption doesn't go all the way to the top of KGHM and that this information can find someone that has the integrity, fortitude, and capability to purge the corruption. I feel I may be incredibly naive with this hope.

I was an employee at Robinson for over 10 years. During the final three years of employment I was bullied, harassed, mobbed, and defamed by several individuals at Robinson. The behavior was constantly reported to my supervisors and H.R. at Robinson. After having my responsibilities stripped for the second time due to the behavior and to retaliate for reporting the behavior, I sent a detailed written complaint to the integrity counts hotline for North America in January of 2022.

The only thing I can conclude after the KGHMI ethics committee received the complaint is that they are also complicit in the corruption. The complaint was covered up at Robinson; Key witnesses were not interviewed, Emails proving negligence in handling complaints disappeared off the server, Elwira Nowak scheduled a follow up to the complaint and canceled the meeting not long after. I never heard from anyone again after the meeting was canceled. Worst of all, they retaliated against the witnesses that refused to lie to cover it up.

I have significant information concerning the retaliation against a key witness, but I am unwilling to share it until trust can be built. The only information I am going to provide is information that the staff at Robinson and the KGHMI ethics committee should already have.

It wasn't long after this key witness' departure that they began retaliating against me. I was excluded from all pertinent meetings concerning my department despite being the most senior and experienced member of the department. Heather Gloeckner, who had no prior production geology experience, was put into the interim chief role. I applied for the vacant position and not long after Mark Beres pulled me into his office. I believe his intent was to bully and intimidate. He listed a whole bunch of reasons on why I won't even be given an interview. Most of the reasons were hearsay from others that weren't my direct supervisor. Also, upon checking with the individuals that were supposedly giving me negative feedback on my work behind my back, the story they gave me was completely different. Mark Beres was retaliating for the complaint I submitted in January of 2022.

At this point, I sent another submission concerning the retaliation to integrity counts in August of 2022. I never heard from a soul about this complaint. It appeared to me that it was never investigated at all. They hired Jason Hirt to the position I applied for and created another chief position for Heather Gloeckner since she was unqualified for the position Jason took.

I continued in my role for several months when I got an email from the KGHMI ethics committee in April of 2023 concerning the re-investigation of complaints I had submitted. They hired a large firm called Parson Behle and Lattimer to conduct the investigation. They also informed me part of the investigation would be about a complaint I knew nothing about. It appeared that Robinson HR had lied to them about disclosing this complaint to me. The complaint was an act of discrimination as the claims were completely unfounded. The complaint was also submitted at the same time as the stripping of my leadership responsibilities. I provided all this information to the investigator.

At the time, I thought it was possible the KGHMI ethics committee may have intended to hold individuals accountable for what happened and the cover up that followed. After my termination, I realized a more nefarious purpose. KGHMI ethics committee had no intent of holding individuals accountable but instead were determining how much liability there would be to terminate me and cover up any additional information I provided. The investigators asked several questions concerning my relationships with individuals at the mine and not surprisingly, was listed as a reason for my termination.

The last series of complaints occurred when I found out I was being set up to be fired. I had witnessed an employee making disparaging comments about an employee he was training. The comments as said, could be construed as discrimination if the employee had a disability. The first time I told him how inappropriate it was. After the second time I heard him saying similar things to our non-exempt staff, I reported it to his manager while stressing that it needed to go to H.R. His manager appeared to be thankful for reporting his behaviors, but I found out what she appeared to be doing behind the scenes. It appeared to me that she had tampered with the witnesses. They both suddenly had a case of amnesia and didn't hear anything. I also heard that neither of them had made a statement to HR. It was clear to me that she was going to cover it up and not report the behavior to HR. Everything was revealed during my argument with her on July 18th, 2023.

In addition to hearing her construct a false narrative about my interactions with her employee, she also engaged in gaslighting and threatened me when she realized that she had been exposed. The things that she said would make it appear that I was being abusive towards women, and I believe she planned on using these false claims against me. Realizing what was going on I left the conversation. I had conversations with my boss about what happened, sent an email to Robinson HR, sent a submission to the integrity counts hotline, and sent a letter to Darek Huebner about what happened. I left for my six days off.

KGHM_000004

During my six days off I started to put the dots together. I wasn't the only man targeted with false or exaggerated claims from women at Robinson. There were many others. Most of which were disliked or a threat to Amanda Hilton. I also noticed that several women onsite that have made false claims against men, were fast tracked for promotions and raises in addition to being exempt from any scrutiny if they were implicated in a complaint. All of this points to management sanctioned corruption, discrimination, and retaliation at Robinson. I sent a letter to the KGHMI ethics committee on July 23rd, 2023 with all of these allegations and the potential for a criminal conspiracy. What followed is why I am taking my safety seriously.

In the email, I very explicitly stated that I wanted a receipt of message of my allegations. They didn't provide one and I ended up sending another submission via my KGHM email that night. I also stated how unsafe I felt receiving a threat at work and the fact that I was implicating so many people with my allegations. Harassment and intimidation tactics were used two days after receiving the allegations. The stress and implicit threats eventually led me to seek hospitalization. I was terminated on July 27th, 2023, while in the ambulance. While I am seeking treatment for what happened, nothing out of the ordinary has occurred except the strange and unexpected death of Chelsea Nicholes. Three months after implicating her in what could be a criminal conspiracy and a couple weeks after Amanda announced her departure, she was found dead with her husband supposedly from carbon monoxide. I truly hope the Sheriff did a full and thorough criminal investigation. My heart goes out to her young family that doesn't get to grow up with their parents.

I also want to include that I have firsthand knowledge of three clear cases of nepotism and/or favoritism approved by the highest levels of management. I'm not comfortable sharing this information until I know actions will be taken. I have also heard via hearsay that there was a serious safety incident where staff were negligent. The negligence nearly killed a miner, and a narrative was constructed to blame and further discriminate against an individual to protect them from scrutiny.

KGHM can step up and take the necessary actions to purge the corruption from KGHMI and Robinson. It appears that the corrupt power structure was left intact after Amanda's departure. I'm not interested in money and would gladly absolve the company of liability for doing the right thing.  A charge has been filed with the EEOC concerning this case and will be going to mediation soon. They have likely already hired lawyers and I have heard management's plan is to slander me as someone that mistreated women. If it becomes apparent to me that steps will be taken to protect my safety and the safety of my resources, I will gladly share all information I have concerning this case. The evidence is substantial and damning.

I realize that the details of this message will clearly reveal my identity to those that were implicated. I also believe they may immediately retaliate against those they feel may have revealed this information. I have

KGHM_000005

taken several precautions for my safety and my sources. This information has been shared with multiple individuals in which they were told to distribute to the press in the event of my untimely death. I fully intend to defend myself and/or property with lethal force if necessary. I will login from time to time to check the status and I am hoping for the best. Not for me but for the future of the workers at Robinson.

Sincerely,
Whit Robinson


Podmiot występujący w zdarzeniu: KGHM International Ethics Committee and Robinson Management
Podmiot występujący w zdarzeniu, działający na szkodę: Coverup of whistleblower complaints and the use of harassment and intimidation to silence.
Data wpłynięcia zgłoszenia: 23.03.2024

KGHM_000006