

Jake >

Jul 19, 2023 at 4:37 PM

Jake, I imagine you had a lot of closed door meetings today and wish that wasn't the case but felt the need to tell you a few things in writing so I can enjoy my days off.

Correct me if I'm wrong, but I feel you were getting back door reports from Heather or Mark involving my interactions with Joe. If so, at no time did either of them bother to get my side of the story. It is very likely the narrative spun is false.

I believe that is the case as Heather told me a lot of things that were falsehoods during our argument.

I also want you to know, during my argument with Heather, I was threatened if I went to HR. I didn't disclose that as we were sitting right next to Heathers office but is in the complaint I submitted yesterday.

We all make mistakes and it could be something that happened in the heat of the moment that she regrets. If she denies saying it though, not only did she threaten me but she lied about it too. I would not feel safe coming into work on Tuesday if she was there.

The last thing Jake. There has been behavior in the past after complaints that could possibly be witness tampering. I feel like that could be happening with you, Heather Hamilton, and Curtis.

I hope this fills in some of the gaps in the stories you have been hearing. Let me know if you have any questions tonight and I'll ask for an update on Monday night.

Jul 20, 2023 at 10:37 AM



Sorry for the delayed reply....been working on getting   a house here ....thank you for the information and please enjoy your days off.

Jul 24, 2023 at 5:40 PM

Jake, I'm going to take a day off tomorrow. I need to seek legal advice after finding out I was being setup and had a threat thrown at me. I have found out several other men on-site have had identical things happen to them. Really doesn't feel safe.

Also, they were discovered lying to get me fired. Did Amanda even care? Almost like she was behind it.

Ok please put in a request for vacation  for tomorrow

Will do.

Jul 25, 2023 at 7:58 PM

Same thing as yesterday Jake. Can put in a request if you like

It appears I have been locked out. Writing is on the wall. No hard feelings Jake. Wishing you and Nick the best for the future.