

**Brett Wagers <brett.wagers@gmail.com>**

---

## Wagers przeciwko KGHM Polska Miedź - Zrzeczenie się wymogu doręczenia

1 message

---

**Brett Wagers** <brett.wagers@gmail.com>                    Mon, Sep 15, 2025 at 6:07 PM
To: rzecznik@kghm.com, komunikacja@kghm.com

Szanowni Państwo,

Poniższa treść została przetłumaczona z języka angielskiego. Oryginał znajduje się poniżej. Piszę do KGHM Polska Miedź w celu zbadania ich zainteresowania podpisaniem zrzeczenia się wymogu doręczenia w związku z nadchodzącą sprawą sądową Wagers przeciwko KGHM Polska Miedź. Podpisanie zrzeczenia będzie wyrazem dobrej woli w przyspieszonym rozstrzygnięciu tej sprawy przed sądem, jednocześnie zmniejszając koszty sądowe po obu stronach. Zrozumiem, jeśli odmówią Państwo, i w takim przypadku przystąpię do formalnego doręczenia bez żadnych urazów.

Poczekam tydzień na odpowiedź w sprawie niniejszego pisma. Jeśli nie otrzymam żadnej informacji, wyślę formularz wniosku o zrzeczenie wraz ze wszystkimi niezbędnymi dokumentami sądowymi, przetłumaczonymi na ile to możliwe. Jeśli paczka nie otrzyma odpowiedzi lub zostanie odesłana bez podpisu, przystąpię do formalnego doręczenia i złożę wniosek do sądu o przedłużenie terminu na doręczenie, ponieważ ten proces może trwać nawet do 6 miesięcy. Proszę o informację w dogodnym dla Państwa terminie.

Z poważaniem, Brett Wagers


To Whom It May Concern,

The following has been translated from English. The original can be found below. I am emailing KGHM Polska Miedz to gauge their interest in signing a waiver of the service requirement for the upcoming court case Wagers v. KGHM Polska Miedz. The signing of the waiver will show good faith in expeditiously resolving this matter in court while reducing expenses in court for both parties. I understand if you refuse and I will proceed with formal service if so with no hard feelings.

I will wait a week to hear back concerning this correspondence. If I don't hear anything, I will send the waiver request form and all necessary court documents with translations done to the best of my ability. If the package receives no response or is sent back without signature, I will proceed with formal service and motion the court to extend the deadline for service as that process can take up to 6 months. Please let me know at your earliest convenience.

Kind Regards,
Brett Wagers

 Gmail

**Brett Wagers <brett.wagers@gmail.com>**

## Wysłanie wniosku o zrzeczenie się
1 message

**Brett Wagers** <brett.wagers@gmail.com>                                    Wed, Sep 24, 2025 at 1:16 PM
To: rzecznik@kghm.com, komunikacja@kghm.com

Szanowni Państwo,

Nie otrzymałem odpowiedzi na e-mail z dnia 15 września 2025 roku skierowany do KGHM Polska Miedź, dlatego prześlę formularz wniosku o zrzeczenie się oraz wymagane dokumenty sądowe na następujący adres:

KGHM Polska Miedź S.A. ul. M. Skłodowskiej-Curie 48 59-301 Lubin Polska

Będę śledził informacje o przesyłce oraz kopertę zwrotną dołączoną do paczki. Jeśli w ciągu dwóch tygodni od dostarczenia przesyłki nie otrzymam aktualizacji dotyczących śledzenia przesyłki zwrotnej, przystąpię do formalnego doręczenia dokumentów, co wiąże się ze znacznymi kosztami po mojej stronie, oraz złożę wniosek do sądu o przedłużenie terminu na wykonanie wymogu doręczenia. Doceniłbym podjęcie działań w dobrej wierze, aby uniknąć znacznych kosztów i przyspieszyć proces dla obu stron. Proszę o kontakt w razie pytań.

Z poważaniem, Brett Wagers


To Whom it May Concern,

I did not receive a response from the email dated 9/15/25 to KGHM Polska Miedz so I will be sending the waiver request form and required Court documents to the following address:

KGHM Polska Miedź S.A.
ul. M. Skłodowskiej-Curie 48
59-301 Lubin
Poland

I will keep an eye on the tracking information and for the return tracking envelope enclosed in the package. If I don't see updates for the return tracking within 2 weeks of arrival, I will proceed with formal service at great cost to myself and motion the court for an extension of the service requirement deadline. I would appreciate a good faith effort to avoid significant costs and to expedite the process for both parties. Please feel free to respond.

Regards,
Brett Wagers

 **Gmail**

**Brett Wagers <brett.wagers@gmail.com>**

## Wezwanie do kontaktu przed dokonaniem formalnego doręczenia

1 message

**Brett Wagers** <brett.wagers@gmail.com>                                                 Mon, Nov 17, 2025 at 10:49 AM
To: rzecznik@kghm.com, komunikacja@kghm.com

Dobry wieczór,

Poniższa wiadomość została przetłumaczona z języka angielskiego. Oryginał znajduje się poniżej.

Dnia 17 października 2025 r. została wysłana przesyłka zawierająca wszystkie dokumenty niezbędne do zrzeczenia się wymogu formalnego doręczenia w sprawie nr 3:25-cv-00432-clb toczącej się przed Sądem Dystryktowym Stanów Zjednoczonych dla Dystryktu Nevady przeciwko KGHM Polska Miedź S.A. Przesyłka dotarła do Warszawy w Polsce w dniu 28 października 2025 r. Nie została oznaczona jako doręczona, jednak mogę jedynie wnioskować, że została doręczona lub zagubiona.

Ponieważ nie otrzymałem żadnej odpowiedzi, muszę założyć, że KGHM Polska Miedź S.A. pragnie zachować prawo do żądania formalnego doręczenia. W związku z tym przystąpię do dokonania formalnego doręczenia. Proszę o niezwłoczny kontakt, jeżeli powyższe założenie jest nieprawidłowe.

KGHM Polska Miedź S.A. nadal ma możliwość podpisania zrzeczenia się formalnego doręczenia (waiver of service), jednak termin na dokonanie doręczenia przez powodów zbliża się nieuchronnie. Z szacunkiem proszę o nawiązanie kontaktu, co znacznie ułatwiłoby mi podjęcie dalszych decyzji oraz pozwoliłoby obu stronom zaoszczędzić znacznych kosztów związanych z formalnym doręczeniem zagranicznym.

Z poważaniem, Brett Wagers

Good evening,

The following has been translated from English. The original can be seen below.

The package with all documents required for waiving formal service requirements for case 3:25-cv-00432-clb  in US District Court in Nevada against KGHM Polska Miedz was sent October 17, 2025. It arrived in Warsaw, Poland on October 28, 2025. The package has not been marked delivered but I can only conclude that it was delivered or misplaced.

Since I have received no response, I can only assume KGHM would like to retain their formal service rights. I will therefore proceed with formal service. Please feel free to contact me as soon as possible if this is not the case.

KGHM still has time to sign the waiver if desired but my service deadline is approaching.  I respectfully ask for communication with me as it would greatly assist in determining my actions and saving both parties significant costs.

Regards,
Brett Wagers