# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## CH241682595US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item departed a transfer airport in OKECIE, WARSAW, POLAND on October 28, 2025 at 8:01 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### International Transit
**Departed**

WARSAW, POLAND
October 28, 2025, 8:01 am

**Departed**

ZURICH, SWITZERLAND
October 23, 2025, 6:27 pm

**Departed**

LOS ANGELES, UNITED STATES
October 21, 2025, 7:29 pm

**Arrived**

LOS ANGELES, UNITED STATES
October 21, 2025, 3:39 pm

**Processed Through USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
October 20, 2025, 3:43 pm

**Arrived at USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER, UNITED STATES
October 20, 2025, 10:13 am

**Arrived at USPS Facility**

BELL GARDENS, CA 90205
October 20, 2025, 2:27 am

**In Transit to Next Facility**

October 19, 2025

**Arrived at USPS Regional Facility**

LAS VEGAS NV PACKAGE SORTING CENTER
October 18, 2025, 6:29 pm

**USPS in possession of item**

ELY, NV 89301
October 17, 2025, 3:19 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.