**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRETT WAGERS,

Plaintiff,

v.

KGHM POLSKA MIEDZ,

Defendant.

3:25-cv-00432-MMD-CLB

**ORDER**

Re: ECF No. 39

Before the court is Defendant's Motion to Vacate the Early Neutral Evaluation Session and Related Status Conference. (ECF No. 39.) To date, no response has been filed by Plaintiff.

**IT IS HEREBY ORDERED** that Defendant's Motion to Vacate the Early Neutral Evaluation Session and Related Status Conference (ECF No. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that the telephonic status conference scheduled on **Monday, August 17, 2026, at 11:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the Early Neutral Evaluation Session scheduled on **Wednesday, August 19, 2026, at 9:00 a.m.** is **VACATED**.

DATED: July 27, 2026.

Craig S. Denney
United States Magistrate Judge