HOLLY R. LAKE (CA SBN 204304) (admitted *pro hac vice*)
holly.lake@dlapiper.com
ROBERT R. YAP (CA SBN 263763) (admitted *pro hac vice*)
robert.yap@us.dlapiper.com
MICHELLE DUCHARME (CA SBN 285572) (admitted *pro hac vice*)
michelle.ducharme@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310.595.3000

MICHAEL R. KEALY (NV SBN 971)
mkealy@parsonsbehle.com
ETHAN J. FOSTER (NV SBN 16535)
efoster@parsonsbehle.com
**PARSONS BEHLE & LATIMER**
50 West Liberty Street
Suite 750
Reno, NV 89501
Telephone: 775.323.1601

*Attorneys for Specially Appearing Defendant KGHM Polska Miedź, S.A.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

BRETT WAGERS,

Plaintiff,

v.

KGHM POLSKA MIEDŹ,

Defendant.

Case No. 3:25-CV-00432-MMD-CLB

**ORDER GRANTING SPECIALLY APPEARING DEFENDANT KGHM POLSKA MIEDŹ, S.A.'S MOTION TO WITHDRAW AS COUNSEL**

Specially appearing Defendant KGHM Polska Miedź, S.A. ("Polska Miedź"), hereby moves for withdrawal of attorney Michael R. Kealy as their counsel. Mr. Kealy will be retired by year-end 2026 and is actively in the process of implementing his retirement. The lead counsel role and primary handling of this matter have transitioned to attorneys with the DLA Piper law firm who are counsel of record appearing *pro hac vice* herein. It is requested Mr. Kealy's email address (MKealy@parsonsbehle.com) be removed from the Court's CM/ECF efiling service list in connection with this matter.

This withdrawal will cause no delays nor will it impact deadlines or the progress of this case.

Ethan Foster of Parsons Behle & Latimer and Holly R. Lake, Robert R. Yap and Michelle DuCharme of DLA Piper LLP (US) (*Admitted Pro Hac Vice*) will remain counsel of record for Polska Miedź in the above-captioned matter.

Accordingly, Polska Miedź respectfully requests that the Court grant this request to withdraw Mr. Kealy as counsel of record.

Dated: September 25, 2026.

By: */s/ Ethan J. Foster*
Holly R. Lake
Rober R. Yap
Michelle DuCharme
**DLA PIPER LLP (US)**

Michael R. Kealy
Ethan J. Foster
**PARSONS BEHLE & LATIMER**

*Attorneys for Specially Appearing Defendant KGHM Polska Miedź, S.A.*

**IT IS SO ORDERED.**

**DATED:** September 25, 2026

UNITED STATES MAGISTRATE JUDGE